UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

121-1412

| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Eurobank<br><br>Plaintiffs<br><br>V.<br><br>RAFAEL ARRILLAGA-TORRENS et al.<br><br>Defendants | CIVIL NO.  13-1328  (CCC) |
|---|---|

**INFORMATIVE MOTION**

TO THE HONORABLE COURT:

COMES NOW ACE Insurance Company, through the undersigned attorney, and respectfully states, alleges and prays as follows:

1. The undersigned respectfully informs this Court that he will be away from Puerto Rico on work from January 22, 2014 through January 26, 2014.  In addition, the undersigned will be away from April 5, 2014 through April 12, 2014, on vacation with his family.

2. At the moment, there are no hearings scheduled before the Court during periods of time the undersigned will be out of Puerto Rico.  The undersigned only asks that counsel for the parties and this Court take note of the periods of absence and the unavailability of the undersigned to attend any hearings during those two periods.

WHEREFORE, the appearing party respectfully requests from this Honorable Court take notice of the above in the scheduling of any future matter in the instant case.

In San Juan, Puerto Rico, this 18th day of December, 2013.

I HEREBY CERTIFY that on this same date, I hereby certify that I have mailed by the US Postal Service the document to the following:  1) Pedro F. Soler-Muñiz, Centro Internacional de Mercadeo, Torres II, 90 Carr. 165, Suite 401, Guaynabo, PR 00968, psoler@solerlaw.com; 2) Giovanni Picorelli-Ayala, 130 Eleanor Roosevelt, San Juan, PR 00918-3105, gpico@dcdmlaw.com; 3) Gilda Del C. Cruz-Martinó, PO Box 192459, San Juan, PR 00919-2459, gccm123@yahoo.com; 4) Igor Domínguez-Pérez, VIG Tower Suite 1105, 1225 Ponce de Leon Ave, San Juan, PR 00907-3921, igor@ijdlawpr.com.

Respectfully submitted,

**S/ FRANCISCO E. COLON-RAMIREZ**
FRANCISCO E. COLON-RAMIREZ
BAR NO.: 210510
Attorney for "ACE Insurance Company"
**COLÓN & COLÓN, P.S.C.**
**ATTORNEYS AT LAW**

Mailing:  PO Box 9023355
   San Juan, PR 00902-3355
Street:    173 O'Neill Street
           San Juan, PR 00918-2404
Tel.: (787) 758-6060 ext. 222
Fax: (787) 753-1656
Email: fecolon@colonlaw.com