IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**  February 6, 2014

**S/BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Eurobank<br><br>Plaintiff<br><br>vs<br><br>RAFAEL ARRILLAGA-TORRENS, JR.; WILLIAM TORRES-TORRES; LUIS HERNANDEZ-SANTANA, his spouse NORA LOPEZ-RODRIGUEZ and the Hernández-López conjugal partnership; RICARDO LEVY-ECHEANDIA, his spouse LOURDES ARCE-RIVERA and the Levy-Arce conjugal partnership; ANTONIO PAVIA-BIBILONI, his spouse JUDITH VIDAL-GOMEZ and the Pavía-Vidal conjugal partnership; PEDRO FELICIANO-BENITEZ; PLACIDO GONZALEZ-CORDOVA; JUAN GOMEZ-CUETARA, his spouse ROCIO GIL-GOMEZ and the Gómez-Gil conjugal partnership; DIANA LOPEZ-FELICIANO; LIBERTY MUTUAL INSURANCE COMPANY; ACE INSURANCE COMPANY; XL INSURANCE COMPANY<br><br>Defendants | CIVIL 13-1328CCC |

The Federal Deposit Insurance Corporation as Receiver for Eurobank's ("FDIC-R") Informative Motion filed on September 9, 2013 (**docket entry 59**) is NOTED.

Director Defendants' Request for an Extension of Time to Respond to FDIC's Motion to Strike (Doc. 54) filed on September 9, 2013 (**docket entry 60**) is MOOT.

**MINUTES OF PROCEEDINGS**
**Civil 13-1328CCC**
**February 6, 2014**
**Page 2**

Director Defendants' Second Motion for an Additional Extension of Time to Respond to FDIC's Motion to Strike (Doc. 54) filed on September 16, 2013 (**docket entry 63**) is MOOT. Director defendants' Final Extension of Time to Respond to FDIC's Motion to Strike (Doc. 54) filed on September 30, 2013 (**docket entry 66**) is GRANTED, retroactively.

Defendant Rafael Arrillaga-Torréns, Jr.'s Motion for Extension of Time to Oppose Plaintiff's Motion to Strike Certain Affirmative Defenses filed on September 10, 2013 (**docket entry 61**) is GRANTED, retroactively.

Director Defendants' Notice Joining Legal Representation filed on September 10, 2013 (**docket entry 62**) is NOTED.

Defendant Rafael Arrillaga-Torréns, Jr.'s Motion for Extension of Time to Answer the Cross-Claim of Liberty Mutual Insurance Company filed on September 19, 2013 (**docket entry 64**) is GRANTED, retroactively.

Plaintiff FDIC-R's Motion for Leave to File Reply Memorandum in Further Support of its Motion to Strike Certain Defenses Raised by the Defendants filed on October 9, 2013 (**docket entry 68**) is GRANTED, retroactively.

Defendant Liberty Mutual Insurance Company's Motion for Leave to File an Overlength Brief in Support of its Motion for Judgment on the Pleadings filed on October 17, 2013 (**docket entry 72**) is GRANTED.

MINUTES OF PROCEEDINGS
Civil 13-1328CCC
February 6, 2014
Page 3

Defendant Liberty Mutual Insurance Company's Motion for Entry of Default Order Against Rafael Arrillaga-Torréns, Jr. filed on October 17, 2013 (**docket entry 74**) is DENIED.

Director Defendants' Motion for Leave to file Sur-reply filed on October 21, 2013 (**docket entry 77**) is GRANTED, retroactively.

Plaintiff FDIC-R's Motion for Leave to File Reply to Rafael Arrillaga-Torréns, Jr.'s Opposition to FDIC-R's Motion to Strike Certain Defenses Raised by Defendants filed on October 29, 2013 (**docket entry 79**) is GRANTED.

Plaintiff FDIC-R's Unopposed Motion for Extension to File Response to Liberty Mutual Insurance Company's Motion for Judgment on the Pleadings filed on October 30, 2013 (**docket entry 81**) is MOOT.  FDIC-R's Unopposed Motion for Second Extension to File Response to Liberty Mutual Insurance Company's Motion for Judgment on the Pleadings filed on November 21, 2013 (**docket entry 86**) is GRANTED, retroactively. FDIC-R's Request for Leave to File in Excess of Fifteen (15) Pages filed on December 2, 2013 (**docket entry 89**) is GRANTED.

Director Defendants' Motion for Extension of Time to File a Response in Opposition to Liberty Mutual Insurance's Motion for Judgment on the Pleadings filed on October 30, 2013 (**docket entry 82**) is MOOT.  Director Defendants' Unopposed Motion for Second Extension of Time to File Response to Liberty's Motion for Judgment on the Pleadings filed on November 25, 2013 (**docket entry 87**) is GRANTED, retroactively.

MINUTES OF PROCEEDINGS
Civil 13-1328CCC
February 6, 2014
Page 4

Director Defendants' Motion for Leave to File Opposition in Excess of Local Rule 7(d) Limit filed on December 3, 2013 (**docket entry 91**) is GRANTED.

Defendant Rafael Arrillaga-Torréns, Jr.'s Motion for Extension of Time to Oppose Codefendant Liberty's Motion for Judgment on the Pleadings filed on November 11, 2013 (**docket entry 84**) is GRANTED, retroactively.  Defendant Rafael Arrillaga-Torréns, Jr.'s Motion for Joinder to Responses to Liberty Mutual Insurance Company's Motion for Judgment on the Pleadings filed on December 24, 2013 (**docket entry 95**) is GRANTED.

Director Defendants' Notice of Appearance filed on December 3, 2013 (**docket entry 90**) is NOTED.

Defendant Liberty Mutual Insurance Company's Unopposed Motion for Leave to File Reply in Support of its Motion for Judgment on the Pleadings and for Extension of Time until January 10, 2014 To Do So filed on December 10, 2013 (**docket entry 93**) is MOOT. Defendant Liberty Mutual Insurance Company's Unopposed Motion for Extension of Time until January 31, 2014 to File Reply filed on January 7, 2014 (**docket entry 96**) is GRANTED, retroactively.

Defendant ACE Insurance Company's Informative Motion filed on December 18, 2013 (**docket entry 94**) is NOTED.

Attorney Bradley Steven Levison's Application and Order for Admission Pro Hac Vice filed on January 27, 2014 (**docket entry 100**) is GRANTED.

**MINUTES OF PROCEEDINGS**
**Civil 13-1328CCC**
**February 6, 2014**
**Page 5**

      Liberty Mutual Insurance Company's Motion for Leave to File a Single Overlength Reply Brief in Support of its Motion for Judgment on the Pleadings filed on January 31, 2014 (**docket entry 103**) is GRANTED.

                                                 S/María Luz Díaz, Judicial Assistant